

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **EMILY HOWARD**<br>Tel.: (212) 356-8761<br>ehoward@law.nyc.gov |

February 21, 2018

**BY ECF**
Hon. Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Partnership for Children's Rights v. New York City Dep't of Educ.*,
           17-cv-07015
           Letter Apprising the Court of Settlement

Dear Judge Levy:

    I am the attorney assigned to represent defendant New York City Department of Education in the above-referenced action. I write to inform the Court that the parties have reached a settlement of this matter and expect to be able to submit a finalized Stipulation of Settlement and Order of Dismissal to the Court within the next 30 days.

                                 Respectfully,

                                 s/ Emily A. Howard_____
                                 Emily A. Howard
                                 Special Assistant Corporation Counsel

cc:    Todd Silverblatt, Esq. (via ECF)
        Partnership for Children's Rights
        Counsel for Plaintiff